# IN THE U.S. COURT FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Christopher W. (Bruce), the Living Man,<br>Elizabeth (Bruce), the Living Woman<br>　　Plaintiffs (Claimants) Sui Juris<br>　　Minnehaha County, SD<br><br>v.<br><br>Polk County Attorney's Office, Des Moines, IA<br>　　John P. Sarcone, Polk County Attorney<br>　　Jesse Ramirez. Pk. Cty. Atty.<br>　　Stephanie Brown. Pk. Cty. Atty.<br>　　Kevin J. Brownell. Pk. Cty. Atty.<br>　　Kevin Bell, Asst. Pk. Cty. Atty.<br>The Iowa Dept. of Human Services, Des Moines, IA<br>　　Katie Gosch, Caseworker<br>　　Stephanie Rhinehart, Supervisor<br>　　Emily Nieman, SW4<br>The Des Moines Police Department, Des Moines, IA<br>　　Jake Lancaster, Detective<br>The Altoona Police Department, Altoona, IA<br>The City of Carroll Police Department,<br>　　Carroll, Iowa<br>　　Greg Bellinghausen, Officer<br>The Iowa State Attorney General's Office,<br>Des Moines, IA<br>　　Grant Dugdale, Asst. Atty. Gen.<br>　　Katherine Miller-Todd, Asst. Atty. Gen,<br>Children and Families of Iowa (FSRP)<br>Des Moines, IA<br>　　Ashley Andrews, Visit Supervisor<br>Judge William A. Price, District 5C,<br>　　Polk County, IA<br>Judge William Kelly, District 5C,<br>　　Polk County, IA<br>Judge Robert Blink, District 5C,<br>　　Polk County, IA<br>Judge Carol S. Egly, District 5C,<br>　　Polk County, IA<br>Judge Jeanie Vaudt, District 5C,<br>　　Polk County, IA<br>Magistrate Anastasia Hurn, District 5C,<br>　　Polk County, IA<br>Linda Lane, Assistant U.S. Attorney, D.O.J.<br>　　(Former Asst. Polk County Attorney)<br>　　St. Louis, Missouri<br>Dale Mays, Attorney<br>　　Benzoni Law Firm, Des Moines, IA<br>Paul White, GAL Attorney<br>　　State of Iowa GAL, Des Moines, IA<br>Beth Walker, Attorney<br>　　Walker Law Firm, Newton, IA<br>Anthony Reed, Manager<br>　　Central Iowa Family Services<br>　　　　　　　　Defendants | Case # _____<br><br><br>NOTICE<br>NOTICE OF APPEARANCE<br><br><br><br><br>RECEIVED<br>FEB 12 2018<br>CLERK OF DISTRICT COURT<br>SOUTHERN DISTRICT OF IOWA |

Comes now, Christopher, The Living Man, in his notice of his intent to appear in this matter Sui Juris.

*[signature]*

Christopher, The Living Man
Sui Juris, All Rights Reserved
701 S. Duluth Avenue #1
Sioux Falls, SD 57104
cbstraighteight@gmail.com
515-868-9401

**CERTIFICATE OF SERVICE:** The claimant states that this claim shall be issued to all the defendants in the manner of certified mail, in the time this court allots it to be served after it is filed in your offices; after my mailing it to the clerk of court on this day, February 2nd, 2018.