IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER W. BRUCE and ELIZABETH BRUCE, | |
|      Plaintiffs, | |
| v. | No. 4:18-cv-00040-RGE-HCA |
| POLK COUNTY ATTORNEY'S OFFICE; JOHN P. SARCONE, Polk County Attorney; JESSE RAMIREZ, Polk County Attorney; STEPHANIE BROWN, Polk County Attorney; KEVIN BROWNELL, Polk County Attorney; KEVIN BELL, Assistant Polk County Attorney; THE IOWA DEPARTMENT OF HUMAN SERVICES; KATIE GOSCH, Caseworker; STEPHANIE RHINEHART, Supervisor; EMILY NIEMAN, SW4; THE DES MOINES POLICE DEPARTMENT; JAKE LANCASTER, Detective; THE ALTOONA POLICE DEPARTMENT; THE CITY OF CARROLL POLIC DEPARTMENT; GREG BELLINGHAUSEN, Officer; THE IOWA STATE ATTORNEY GENERAL'S OFFICE; GRANT DUGDALE, Assistant Attorney General; KATHERINE MILLER-TODD, Assistant Attorney General; CHILDREN AND FAMILIES OF IOWA; ASHLEY ANDREWS, Visit Supervisor; WILLIAM A. PRICE, Polk County District Judge; WILLIAM KELLY, Polk County District Judge; ROBERT BLINK, Polk County District Judge; CAROL EGLY, Polk County District Judge; JEANIE VAUDT, Polk County District Judge; ANASTASIA HURN, Polk County District Magistrate Judge; LINDA LANE, Former Assistant Polk County Attorney; DALE MAYS, Attorney, Benzoni Law Firm; PAUL WHITE, Guardian Ad Litem Attorney; BETH WALKER, Attorney, Walker Law Firm; ANTHONY REED, Manager, Central Iowa Family Services; LUCAS TAYLOR, Attorney, Mark R. Hinshaw Law Firm, | ORDER GRANTING APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS |
|      Defendants. | |

This matter is before the Court on Plaintiffs' Applications to Proceed in District Court Without Prepaying Fees or Costs. ECF Nos. 3–4. Having considered the Applications, the Court finds the Plaintiffs are without resources to proceed. Accordingly, the Applications to Proceed in District Court Without Prepaying Fees or Costs, ECF Nos. 3–4, are **GRANTED**.

The Clerk of Court is instructed to file this action without prepayment of costs.

**IT IS SO ORDERED.**

Dated this 5th day of April, 2018.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE