# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CHRISTOPHER BRUCE AND ELIZABETH BRUCE,<br><br>Plaintiffs,<br><br>v.<br><br>POLK COUNTY ATTORNEY'S OFFICE, John P. Sarcone, et al.,<br><br>Defendants. | CIVIL ACTION NO. 4-18-cv-40<br><br><br><br>**DEFENDANTS GOSCH, RHINEHART, NIEMAN, DUGDALE, AND MILLER-TODD'S MOTION TO DISMISS** |

COME NOW, the Defendants Katie Gosch, Stephanie Rhinehart, Emily Nieman, Grant Dugdale, and Katherine Miller-Todd, as well as the Iowa Department of Human Services and the Iowa Attorney General's Office, and for the following reasons, move that this matter be dismissed:

1. This is a federal civil rights lawsuit arising out of a state child custody case, or, more specifically, out of two state child custody cases: a child in need of assistance action filed by the State and a termination of parental rights actions filed by the State. Additionally the lawsuit refers to a state administrative appeal in which an allegation of child abuse was determined to be unfounded.

2. This action should be dismissed as this court lacks appellate jurisdiction over the state court actions involved. See Brief, Div. III.

3. This action should be dismissed as the orders arising out of the state court actions are res judicata of the issues Petitioners seek to raise here. See Brief, Div. IV.

4. This action should be dismissed as to Defendants Dugdale and Miller-Todd as the Plaintiffs fail to state a claim. See Brief, Div. V.

5. The Plaintiffs' claims against the Iowa Department of Human Services and

the Iowa Attorney General's Office should be dismissed as they are barred by Eleventh Amendment immunity and because those entities are not persons subject to suit under § 1983. See Brief, Div. VI.

6. The action should be dismissed as Defendants are entitled to absolute and qualified immunity. See Brief, Div. VII.

5. The action should be dismissed as to Plaintiff Christopher Bruce because he lacks standing to bring this action. See Brief, Div. VIII.

6. This Plaintiffs' § 1983 claims should be dismissed as they are barred by the statute of limitations. See Brief, Div. IX.

7. The Plaintiffs' civil RICO claim should be dismissed as they lack standing and fail to state a claim upon which relief can be granted. See Brief, Div. X.

8. The Plaintiffs' § 241 claim should be dismissed because no such claim can be raised. See Brief, Div. XI.

WHEREFORE, the Defendants Gosch, Rhinehart, Nieman, Dugdale, and Miller-Todd, as well as the Iowa Department of Human Services and the Iowa Attorney General's Office pray that this matter be dismissed.

THOMAS J. MILLER
Attorney General of Iowa

*/s/ Charles K. Phillips*
**CHARLES K. PHILLIPS-AT0006250**
Assistant Attorney General
Hoover Building - Second Floor
Des Moines, Iowa 50319
PHONE: (515) 281-8330
FAX: (515) 281-7219
E-MAIL: charles.phillips@ag.iowa.gov
ATTORNEYS FOR DEFENDANT
DEPARTMENT OF HUMAN SERVICES

Original filed electronically.

*Copies to all parties by CM/ECF.*

Copies mailed via Regular U.S. Mail to:

Christopher Bruce
701 S. Duluth Avenue, Apt 1
Sioux Falls, SD 57104

Elizabeth Bruce
701 S. Duluth Avenue, Apt 1
Sioux Falls, SD 57104

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on May 14, 2018

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ CM/ECF System Participant (Electronic Service)
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: _/S/ Wendi Danitz-Hart_