| | |
|---|---|
| CHRISTOPHER W. (BRUCE) THE LIVING MAN, ELIZABETH (BRUCE), THE LIVING WOMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>POLK COUNTY ATTORNEY'S OFFICE, ET AL.,<br><br>    Defendants. | 4:18-CV-00040-HCA<br><br><br>DEFENDANTS POLK COUNTY ATTORNEY'S OFFICE, JOHN P. SARCONE, JESSE RAMIREZ, STEPHANIE BROWN, KEVIN J. BROWNELL, KEVIN BELL and LINDA LANE'S PRE- ANSWER MOTION TO DISMISS AMENDED COMPLAINT |

**COMES NOW** Defendants Polk County Attorney's Office, John P. Sarcone, Jesse Ramirez, Stephanie Brown, Kevin J. Brownell, Kevin Bell, and Linda Lane (hereinafter County Defendants) and move to dismiss the above-captioned complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support thereof, County Defendants respectfully state the following:

1.      The Plaintiff, Christopher W. Bruce, the Living Man, (hereinafter Bruce) filed a Complaint under 18 U.S.C. section 1961, 18 U.S.C. section 241 and 42 U.S.C. section 1983 on March 19, 2018. [Doc. 5]. The Plaintiffs alleged their First, Fifth, Sixth, and Eighth Amendment rights were violated during state termination of parental rights action and criminal investigations and prosecutions. Plaintiffs alleges the named Defendants unlawfully removed their daughter and terminated their rights and had Bruce arrested on false charges.[1] Plaintiffs seek to have their parental rights restored, ask for visitation to be ordered, that his criminal

---

[1] Plaintiffs previously filed a habeas petition alleging unlawful removal of their daughter, unlawful termination of parental rights, and false arrest. 4:15-cv-00287-RP [Doc. 1]. Defendants Brownell, Bell, and Brown were named defendants in that case. The Court dismissed the case, finding Plaintiffs did not have standing to seek criminal charges against the Defendants, that habeas petition was not available to challenge custody matters, and that Plaintiffs had failed to exhaust their claims in state court. [Doc. 2].

records be expunged, that the Court order Defendant Sarcone to resign as Polk County Attorney, that criminal charges be filed against County Defendants, and that money damages and injunctive relief be granted.  [Doc. 5, p. 48-49].

2. The Amended Complaint fails to present a justiciable cause of action against the County Defendants.

3. County Defendants move to dismiss the Third Amended Complaint under Federal Rule of Civil Procedure 12(b)(1), (5) and (6) as:

    a. Insufficient service of process occurred;

    b. Plaintiffs' claims against County Defendants are barred by *Heck v. Humphrey*;

    c. Plaintiffs' claims against County Defendants are barred by *Rooker-Feldman.*

    d. County Defendants are entitled to absolute prosecutorial immunity;

    e. County Defendants are entitled to qualified immunity;

    f. Plaintiffs' claims are barred by the applicable statute of limitations.

**WHEREFORE** Defendants Polk County Attorney's Office, John P. Sarcone, Jesse Ramirez, Stephanie Brown, Kevin J. Brownell, Kevin Bell, and Linda Lane respectfully requests that this Court grant their Motion to Dismiss.

Respectfully submitted,

JOHN P. SARCONE
POLK COUNTY ATTORNEY

*/s/ Julie J. Bussanmas*
Julie J. Bussanmas      AT0001254
Assistant County Attorney
111 Court Avenue, Room 340
Des Moines, IA   50309
Telephone: (515) 286-3346
FAX: (515) 286-3314
Julie.Bussanmas@polkcountyiowa.gov

ATTORNEY FOR DEFENDANT
SARCONE

<div style="border:1px solid black;">

**PROOF OF SERVICE**

The foregoing document was served upon the parties to this action by serving a copy on the person(s) listed below on 05/14/2018 by regular mail and by electronic mail through CM/ECF.

Christopher Bruce
701 S. Duluth Ave., Apt. 1
Sioux Falls, SD 57104

Elizabeth Bruce
701 S. Duluth Ave., Apt. 1
Sioux Falls, SD 57104

Signature: */s/ Amber Cahill*

</div>