# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA

Case No.

ORDER GIVING NOTICE OF DISMISSAL

Plaintiffs

v.

Defendants

The plaintiff has failed to file proof of service that a copy of the summons and complaint were served on the defendant(s) _____ as required by Federal Rule of Civil Procedure 4. These parties will be dismissed after 14 days unless the required action is taken or the plaintiff files a motion establishing good cause for the failure to comply and requests an extension of time for service within the time specified in Local Rule 41. If an extension of time for service is requested, the plaintiff shall also file a motion to extend time for complying with the scheduling order requirements and deadlines as required by Local Rule 16.

A copy of Local Rule 41 is forwarded with this Order.

Dated this \_\_\_\_\_ day of _____

_____
By: Deputy Clerk