RECEIVED
JUN 04 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| Christopher (Bruce) The Living Man<br>Elizabeth (Bruce) the living woman<br>　　　Plaintiffs<br>v.<br><br>Polk County Attorney's, et. Al<br>　　　Defendants | Case #4-18-cv-40<br><br>Motion to resist dismissing the defendants Jake Lancaster and the Des Moines Police Department from this action | |

      Christopher (Bruce) the living man, plaintiff, comes to resist the motion to dismiss the action for Jake Lancaster, and for the City of Des Moines Police Department.

      The attorney for the City of Des Moines and for Jake Lancaster filed a motion to dismiss the action claiming crimes committed by the same.

      The Claimiant Christopher resists this motion utilizing these rebuttals:

      ONCE AGAIN, as almost every single motion to dismiss has stated THUS FAR (showing the level of this obvious conspiracy against the claimants as STILL in operation to this day) that "this this is a federal lawsuit arising out of a state child custody case", completely ignoring the fact that this is a federal civil lawsuit that encompasses not just 2 child custody cases, (and, it's also important to mention that none of this has EVER concerned custody of our child, since we only had physical custody for maybe a grand total of 8 days) but a myriad of BOTH Juvenile AND criminal cases; and brings 3 brand new, federal statute driven allegations:. ONCE AGAIN, the claimants state for the idiots that are conspiring together to bring the EXACT SAME REASONS for dismissal here the ACTUAL reasons for this lawsuit:

  a. That they are CONSPIRING AGAINST THE RIGHTS OF THE CLAIMANTS.
  b. THAT THEY ARE, IN SUMMATION, A RICO organization of criminals operating businesses to make money, AND NOT to "Govern", as they present.
  c. That they deprived the claimants of their rights under the color of LAW and GOVERNANCE, PER MY CONSENT, WHETHER THROUGH ACTUAL CONSENT TO THEIR RULE, OR IMPLIED.

Now that we have ONCE AGAIN presented the ACTUAL CASE AT HAND, I can continue.

First, it's important for the court to know that the claimants are learning, and quickly, thanks to the little boo boos these attorney's are making, as they point out that we are accusing the agency fictions themselves, and claiming immunity in doing so. The claimants know now, that when this action is dismissed (then appealed to the circuit appellates), they will once again file claim, this time suing them in their individual PERSONS, and not as "employees" OF THE BUSINESSES STATE, COUNTY AND CITY, thereby depriving them of their immunity...as if they're entitled to it anyway; which they are NOT, as "Municipal Corporations." I would like to thank Attorney John O. Haraldso, Assistant City Attorney for taking the extra time to unwittingly point that out to the claimants, in his motion to dismiss the action against his clients.

As to his thanks for presenting, once again, the same old tired reasons to dismiss the action, the claimants are learning fast how to properly lay a claim as well. You want a cause of action? You got

it folks. I will not once again, give the court the pleasure of not having to read through the answer I've already typed out 8 or nine times now.

The claimants state "See All Other Resistance Motions" and call it a day.

_____    Date: 5/28/18
Christopher (Bruce) the living man

_____    Date: 5-28-18
Elizabeth (Bruce) The living woman

---

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on the ___ day of _____, 2018:

U.S. Mail and Fax.

_____
Christopher, The Living Man

Case 4:18-cv-00040-RGE-CFB  Document 36  Filed 06/04/18  Page 2 of 2

it folks. I will not once again, give the court the pleasure of not having to read through the answer I've already typed out 8 or nine times now.

The claimants state "See All Other Resistance Motions" and call it a day.

_____    Date: 5/28/18
Christopher (Bruce) the living man

_____    Date: 5-28-18
Elizabeth (Bruce) The living woman

---

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on the ___ day of _____, 2018:

U.S. Mail and Fax.

_____
Christopher, The Living Man