IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

Christopher (Bruce) The Living Man
Elizabeth (Bruce) the living woman
    Plaintiffs

v.

Polk County Attorney's, et. al
    Defendants

Case #4-18-cv-40

Proof of Service

---

Christopher, The Living Man, does state that the Plaintiff, Christopher, finds it interesting that:

a. The Court asks for proof of service of people that have obviously been served, or they wouldn't be asking for proof of service, would they, since they wouldn't even know that there was a claim that existed unless they had received the claim in service.

b. That the rules of court do not require a proof of service unless the court requires it from the plaintiff, thereby, the plaintiff did not file them. Since the court has NOW asked, the plaintiff will serve ALL proof of ALL services on ALL defendants, as well as the court, so that this matter will not occur again.

The Plaintiff now claims that all proof of all services have been served on all, including the court.

See Attached.

Respectfully,

_Christopher (Bruce) the living man_ T.L.M.    Date: 6/4/18

_Elizabeth T.L.W._
Elizabeth (Bruce) The living woman    Date: 6/4/18


**RECEIVED**

JUN 06 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## Proof of Service

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on the __3rd__ day of __June__, 2018:

U.S. Mail and Fax.

_____
Christopher, The Living Man

6/3/2018 USPS.com® - USPS Tracking® Results

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70180040000066732514

Remove ✕

**Expected Delivery on**

**WEDNESDAY**

**2** MAY 2018 ⓘ

by **8:00pm** ⓘ

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

DES MOINES, IA 50314

Certified Mail Fee $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $____
☐ Return Receipt (electronic) $____     Postmark
☐ Certified Mail Restricted Delivery $____     APR 30 2018
☐ Adult Signature Required $____
☐ Adult Signature Restricted Delivery $____

Postage $2.05

Total Postage and Fees $7.00      04/30/2018

Sent To Ashley Hudrws c/o CFI
Street and Apt. No., or PO Box No. 1111 University Ave
City, State, ZIP+4® Des Moines, IA 50314

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

✓ **Delivered**

May 2, 2018 at 1:18 pm
Delivered, Left with Individual
DES MOINES, IA 50314

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=12&text28777=&tLabels=70180040000066732514%2C70180040000066732477%2C7018004000

...

6/3/2018     USPS.com® - USPS Tracking® Results

**Tracking Number:** 70180040000066732606    Remove ×

**Expected Delivery by**

**MONDAY**

**7** MAY 2018 ⓘ    by **8:00pm** ⓘ



✓ **Delivered**

May 7, 2018 at 9:50 am
Delivered, Left with Individual
NEWTON, IA 50208

Get Updates ⌄

See More ⌄

**Tracking Number:** 70180040000066732460    Remove ×

**Expected Delivery on**

**WEDNESDAY**

**2** MAY 2018 ⓘ    by **8:00pm** ⓘ



✓ **Delivered**

May 2, 2018 at 10:03 am
Delivered, Left with Individual
CARROLL, IA 51401

Get Updates ⌄

See More ⌄

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=12&text28777=&tLabels=70180040000066732514%2C70180040000066732477%2C701800400

6/3/2018 USPS.com® - USPS Tracking® Results

**ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO...**

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70180040000066732583                                 Remove ✕

**Expected Delivery by**

**MONDAY**

**7** MAY 2018 ⓘ   by **8:00pm** ⓘ

✅ **Delivered**

May 7, 2018 at 12:39 pm
Delivered, Left with Individual
NEWTON, IA 50208

Get Updates ⌄

| U.S. Postal Service CERTIFIED MAIL® RECEIPT |
| --- |
| Domestic Mail Only |
| Sent To: Katherine Beth Walker c/o WBN'r |
| 200 N. 2nd Ave W. |
| Newton, IA 50208 |

---

Text & Email Updates   ⌄

---

Return Receipt Electronic   ⌄

---

Tracking History   ⌄

---

Product Information   ⌄

---

See Less ⌃

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=70180040000066732583%2C70180040000066732446%2C

-3-

6/3/2018 USPS.com® - USPS Tracking® Results

Tracking Number: 70180040000066732446

Remove ✕

**Expected Delivery on**

# WEDNESDAY

# 2 MAY 2018 ⓘ

by

**8:00pm** ⓘ



✅ **Delivered**

May 2, 2018 at 11:50 am
Delivered, Left with Individual
DES MOINES, IA 50310

Get Updates ⌄

See More ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=70180040000066732583%2C70180040000066732446%2C

-8-

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kevin Bell Asst. Pk Cty Atty**
was received by me on *(date)* **4/23/18**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Kelly Phelps** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Kevin Bell / Pk Cty Atty's Office**
on *(date)* **4/23/18** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **4-23-18**

*Server's signature*

**Joel R. Jackson The Living Breathing man**
*Printed name and title*

**1970 SE Four Seasons Dr. Ankeny IA 50021**
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]              [Reset]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Stephanie Brown, Asst. Pk Cty Atty**
was received by me on *(date)* **4/23/18**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Kelly Phelps** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Pk Cty Atty /**
**Stephanie Brown** on *(date)* **4/23/18** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **4-23-18**

*Server's signature*

**Jal R. Jackson The Living Breathing Man**
*Printed name and title*

**1970 SE Four Seasons Dr. Ankeny IA 50021**
*Server's address*

Additional information regarding attempted service, etc:

[Print] [Save As...] [Reset]

- 8 -

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kevin J. Braxell Asst. Pk Cty Atty
was received by me on *(date)* 4/23/18

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kelly Phelps , who is
designated by law to accept service of process on behalf of *(name of organization)* Pk Cty Attorney/
Kelly J. Braxell on *(date)* 4/23/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-23-18

_Jarl R. Jackson 1-308_
Server's signature

Jarl R. Jackson The Living Breathing Man
Printed name and title

1970 SE Four Seasons Dr. Ankeny, IA 50021
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jesse Ramirez Asst. Pk Cty. Atty
was received by me on *(date)* 4/23/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kelly Phelps , who is
designated by law to accept service of process on behalf of *(name of organization)* Polk Cty Atty
offices / Jesse Ramirez on *(date)* 4/23/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-23-18

Joel B. J_____ nee 1-305
Server's signature

Joel R. Jackson The Living Breathing Man
Printed name and title

1970 SE Four Seasons Drive Ankeny IA 50021
Server's address

Additional information regarding attempted service, etc:

Print   Save As...                                   Reset

-8-

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Sarcone, County Attorney
was received by me on *(date)* 4-23-18

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kelly Phelps , who is
designated by law to accept service of process on behalf of *(name of organization)* The Polk County
Attorney's Office - John Sarcone on *(date)* 4/23/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-23-18

Joel R. Jackson UCC 1-308
*Server's signature*

Joel R. Jackson The Living Breathing Man
*Printed name and title*

1970 SE Four Seasons Drive Ankeny, IA 50021
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Emily Nicucau S.W. 4th
was received by me on *(date)* 4/23/18

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeffrey Thompson , who is
designated by law to accept service of process on behalf of *(name of organization)* IA Dept of
Human Services on *(date)* 4/23/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-23-18

_____
Server's signature

Joel R. Jackson   The Living Breathing Man
Printed name and title

1970 SE Four Seasons Drive Ankeny IA 50021
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stephanie Rhinehart
was received by me on *(date)* 4/23/18

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeffrey Thompson Sol. General, who is designated by law to accept service of process on behalf of *(name of organization)* The Iowa Dept. of Human Services on *(date)* 4/23/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-23-18

_____
Server's signature

Joel R. Jackson The Living Breathing Man
Printed name and title

1970 SE Four Seasons Dr. Ankeny IA 50021
Server's address

Additional information regarding attempted service, etc:

[Print] [Save As...] [Reset]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* IA Dept. of Human Services
was received by me on *(date)* 4/23/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeffrey Thompson , who is
designated by law to accept service of process on behalf of *(name of organization)* IA Dept. of
Human Services on *(date)* 4/23/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-23-18

*Server's signature* Joel R. Jr. ucc 1-308

Joel R. Jackson The Living Breathing man
*Printed name and title*

1970 SE Four Seasons Dr. Ankeny IA 50021
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

- 12 -

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Katie Gosch, Caseworker__
was received by me on *(date)* __4/23/18__.

☐ I personally served the summons on the individual at *(place)* _____
 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
 _____ , a person of suitable age and discretion who resides there,
 on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jeffrey Thompson Sol. Gen.__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __The Iowa Dept of Human Services__ on *(date)* __4/23/18__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4-23-18__

_____
*Server's signature*

__Joel R. Jackson   The Living Breathing Man__
*Printed name and title*

__1970 SE Four Seasons Dr Ankeny IA 50021__
*Server's address*

Additional information regarding attempted service, etc:

-13-

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Polk County Atty's Office
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kelly Phelps , who is
designated by law to accept service of process on behalf of *(name of organization)* Polk County
Attorney's Office on *(date)* 4/23/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-23-18'

[signature] ucc 1-308
*Server's signature*

Joel R. Jackson The Living Breathing Man
*Printed name and title*

1970 SE Four Seasons Drive Ankeny IA 50021
*Server's address*

Additional information regarding attempted service, etc:

[ Print ]  [ Save As... ]                                      [ Reset ]

-16-

6/3/2018　　　　　　　　　　　　　USPS.com® - USPS Tracking® Results

**Tracking Number:** 70180040000066730909　　　　　　　　Remove ✕

**Expected Delivery on**

**WEDNESDAY**
**2** MAY 2018 ⓘ　　by **8:00pm** ⓘ

✅ **Delivered**

May 2, 2018 at 3:11 pm
Delivered, Left with Individual
DES MOINES, IA 50309

Get Updates ⌄



See More ⌄

**Tracking Number:** 70180040000066732484　　　　　　　　Remove ✕

**Expected Delivery on**

**WEDNESDAY**
**2** MAY 2018 ⓘ　　by **8:00pm** ⓘ

✅ **Delivered**

May 2, 2018 at 10:49 am
Delivered, Front Desk/Reception
DES MOINES, IA 50309

Get Updates ⌄

See More ⌄

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=12&text28777=&tLabels=70180040000066732514%2C70180040000066732477%2C7018004000

-15-

6/3/2018     USPS.com® - USPS Tracking® Results

**Tracking Number:** 70180040000066732491    Remove ✕

**Expected Delivery on**

**WEDNESDAY**

**2** MAY 2018   by **8:00pm**

✓ **Delivered**

May 2, 2018 at 1:18 pm
Delivered, Left with Individual
DES MOINES, IA 50314

Get Updates ∨



See More ∨

**Tracking Number:** 70180040000066732576    Remove ✕

**Expected Delivery by**

**MONDAY**

**7** MAY 2018   by **8:00pm**

✓ **Delivered**

May 7, 2018 at 10:34 am
Delivered, Left with Individual
CARROLL, IA 51401

Get Updates ∨



See More ∨

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=12&text28777=&tLabels=70180040000066732514%2C70180040000066732477%2C701800400-



-18-

6/3/2018 USPS.com® - USPS Tracking® Results

**Tracking Number:** 70180040000066730916   Remove ✕

**Expected Delivery on**

**WEDNESDAY**

**2** MAY 2018 ⓘ   by **8:00pm** ⓘ



✓ **Delivered**

May 2, 2018 at 3:11 pm
Delivered, Left with Individual
DES MOINES, IA 50309

Get Updates ⌄

See More ⌄

---

**Tracking Number:** 70180040000066730923   Remove ✕

**Expected Delivery on**

**WEDNESDAY**

**2** MAY 2018 ⓘ   by **8:00pm** ⓘ



✓ **Delivered**

May 2, 2018 at 11:23 am
Delivered, Front Desk/Reception
SAINT LOUIS, MO 63102

Get Updates ⌄

See More ⌄

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=12&text28777=&tLabels=70180040000066732514%2C70180040000066732477%2C7018004 0C

6/3/2018                                  USPS.com® - USPS Tracking® Results

**Tracking Number: 70180040000066732477**           Remove ✕

**Expected Delivery on**

**WEDNESDAY**

**2** MAY 2018 ⓘ     by **8:00pm** ⓘ



✓ **Delivered**

May 2, 2018 at 12:20 pm
Delivered, Left with Individual
DES MOINES, IA 50311

Get Updates ⌄

See More ⌄

**Tracking Number: 70180040000066732620**           Remove ✕

**Expected Delivery by**

**MONDAY**

**7** MAY 2018 ⓘ     by **8:00pm** ⓘ



✓ **Delivered**

May 7, 2018 at 11:49 am
Delivered, Left with Individual
ALTOONA, IA 50009

Get Updates ⌄

See More ⌄

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=12&text28777=&tLabels=70180040000066732514%2C70180040000066732477%2C7018004000

-18-