IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| CHRISTOPHER BRUCE AND ELIZABETH BRUCE, | * | Civil Action No. 4-18-cv-40 |
| Plaintiffs, | * | |
| V. | * | |
| Dale Mays, et al, | * | |
| Defendants. | * | |

**REPLY**

COMES NOW, The Defendant, Dale Mays by and through the undersigned attorney and hereby replies to the responsive pleading responding to the Plaintiff's motion to dismiss this case and states as follows:

1. The above referenced Defendant filed a motion to dismiss alleging the Plaintiffs have failed to state a claim upon which relief can be granted.

2. The undersigned has reviewed the Plaintiffs' pleadings and has not been able to locate any facts or points of law cited by the Plaintiffs give the Plaintiff a right to recover. This is true even if the allegations were proven to accurate.

The Defendant Dale Mays respectfully requests the Court to sustain his motion to dismiss and grant such other relief as the Court deems appropriate.

Respectfully submitted,

By: /s/ Christopher A. Clausen
Christopher A. Clausen
AT0001553
Mays and Clausen Law Office
115 1st Ave East
Newton, Iowa 50208
Electronic Mail: chris@cacloia.com
Telephone: 641-7870229
Cell phone 515-422-6364
Facsimile: 515-663-9517

Attorney for Defendant

Original

    Electronically filed by CM/ECF

Hard copies to:

    Christopher Bruce
    701 S. Duluth Avenue, Apt 1
    Sioux Falls, SD 57104

    Elizabeth Bruce
    701 S. Duluth Avenue, Apt 1
    Sioux Falls, SD 57104

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on June 13th, 2018:
_x_ U.S. Mail FAX
___ Hand Delivery Overnight Courier
___ Federal Express Other
_x_ CM/ECF System Participant (Electronic Service)

Signature: _____