IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

Christopher (Bruce) The Living Man
Elizabeth (Bruce) the living woman
    Plaintiffs

v.

Polk County Attorney's Office et al
    Defendants

Case #4-18-cv-40

Motion for Injunctive Relief Against Defendant John. P. Sarcone

Christopher (Bruce) the living man has submitted Exhibit 6 this day into the case, hereby identified as proof of more offices called by Defendant John P. Sarcone; and asks the court grant plaintiff Christopher his desired injunctive relief A.S.A.P., to have the county attorney cease and desist calling Government agencies around the country to have him investigated and/or arrested for the crime of trying to have the Polk County Attorney's offices pay for their crimes against the plaintiffs in Federal Court (see also Exhibit 1, and Federal Complaint, as well as plaintiff's resistance motion to the County Attorney's filed motion to dismiss the action against them.)

Christopher, the Living Man          Date:_____

Elizabeth, the Living Woman.          Date:_____

---

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on the _____ day of _____, 2018:

U.S. Mail and Fax.

_____
Christopher, The Living Man