IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

Christopher (Bruce) The Living Man
Elizabeth (Bruce) the living woman
    Plaintiffs

v.

Polk County Attorney's Office et al
    Defendants

Case #4-18-cv-40

Motion to Dismiss Parties

    Christopher (Bruce) the living man and Elizabeth the Living Woman, do grant these the defendants their dismissals: For the Polk County Attorney's offices: The Polk County Attorney's office, Defendants Brown, Brownell, Lane, Bell, and Ramirez. For the State of Iowa: The Attorney General's office, The Department of Human Services, and Defendants White, Rhinehart, Gosch, Nieman, Dugdale, Miller-Todd, Price, Kelly, Egly, Blink, Vaudt and Hurn. Also, the plaintiffs ask that The Altoona Police Department; The City of Carroll Police Department, and Defendant Lancaster also be dismissed.

    The plaintiffs also ask that the case progress against Children and Families of Iowa, Ashley Andrews (now Cronbaugh); Anthony Reed, Gary Bellinghausen, Dale Mays, Katherine (Beth) Walker, and Lucas Taylor. The plaintiffs intend to begin a whole new civil suit for the dismissed parties, naming them in their individual capacities. The plaintiffs ask to keep Defendant John P. Sarcone on as well, for no other purpose than to have the motion for permanent injunction granted.

Christopher, the Living Man      Date: 7/4/18

Elizabeth, the Living Woman.      Date: 7-4-18

---

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on the ____ day of _____, 2018:

E.C.F. Filing and Fax.

Christopher, The Living Man