NOTICE of ATTEMPT AT SETTLEMENT

701 South Duluth Avenue
Sioux Falls, S.D.

Notice to all agents: A motion to dismiss the majority of claimants in the current action was amended per Erratica and filed with the court, and was served these named defendants on 7/4/18. We the claimants propose that all currently named parties about to be dismissed from this current action, settle prior to its dismissal against those named defendants, in that, after dismissing the majority from this current action (Fed. Case #4:18-cv-40) claimants intend to file a new case against the same, naming the same in their individual and personal capacities in the Federal District Court, in the Southern District of Iowa. Upon its service upon you, you will each be forced to hire representation at your personal expense; and that will, more than likely, cost you more exponentially, even in the SHORT term; than what this settlement letter is suggesting for settlement. Should those afore-named defendants be too stubborn or stupid, and continue regardless, they will be locked into this new case for its duration; this the claimants guarantee. Should the afore-named defendants somehow manage to win out in this new action, the claimants will work to discover new ways to bring another action against you. A trial by a jury of your peers against these individually named and affected defendants would also prove to be quite embarrassing to them and the State of Iowa as well, and the claimants know for sure that they would rather keep this out of public view. The claimants will not ask for another attempt to settle, so they suggest you do the right and logical thing NOW, or suffer the obvious consequences.

We do not believe that we need to, once again, relate to you what you are each guilty of, since you know perfectly well what that is, thanks to us – not that you didn't know it already, but it always helps to assist the blind and help them see that what they're doing is in fact criminal; or to ensure that you don't miss the fact that the majority of We The People consider the actions taken by you; these named defendants, against these claimants are, in fact, "crimes"; in OUR un-skewed perception of reality.

So to restate, within the next 24 hours, the claimants WILL file a new suit against each and every one of you in your individual and unofficial capacities; and through that case, you will pay for what you have done out of your own pockets, instead of relying on the State of Iowa's taxpayer money to fund your defense; and, since this is the case; you will be unable to hide behind your respective fictions; or your current unlawfully granted immunities. This has been fun...but the fun is now over. You have one and only one chance to make this right to the claimants:

1. You will return the living claimants' rightful biological property; Trilynn Marie Brueggeman immediately and without delay, and restore plaintiff Elizabeth's unalienable parental rights; for which you had no legal or lawful right to take from her.
2. You will grant the claimants, as one party consisting of two individuals, from EACH of you, an amount of $50,000 (this only applies to each of those parties currently being dismissed from this open action) for pecuniary damages in fact of mental anguish, emotional and mental distress for a period of as many as 4 years, libel, slander and defamation of our characters; and for stealing and kidnapping the daughter wrongfully; and conspiracy in all.
3. You will also completely exonerate the Polk County related criminal record of claimant Christopher (Bruce), the Living Man, post haste.

Since the soon to be defendant's damage of the claimants is so extensive, and has run a course above and beyond a reasonable period of time, claimants only offer to the affected parties this settlement contingency:

1. That all articles and documents pertaining to this case, and all the claimant's cases will be removed from the internet, as well as from any personal pages that might belong to the claimants.
2. That the claimants will never again return to within the borders of the State of Iowa, to include the remainder of their lives.
3. That they promise to never again speak, write, or reference any of these matters to anyone again, in the sense of the future, to begin at the agreement to settle.

Should you reject this offer and choose to offer another, the plaintiffs will keep the door open for you to do so at any time, from now until the court grant the new action, and issue the subpoenas concerning that action. After that time, the claimants will rescind this offer permanently, and this matter will go to trial, and will be presented to the requested jury. To reject this offer entirely, whether by official answer, or by your inaction, the claimants guarantee that you will receive your rightful and due justice, more than likely at a much higher cost to you personally, and to your reputations. This is your one and ONLY settlement letter.

This letter will be ECF filed with the court in our current case.

Thank you for your time,

"Respectfully"

Christopher, the living man

Elizabeth, The Living Woman

---

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on the ___4___ day of ___July___, 2018:

E.C.F. filing and Fax.

_____
Christopher, The Living Man

---

- 2 -