No: 18-2831

_____

In re: Christopher Bruce, et al.

Petitioners

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:18-cv-00040-RGE)

_____

**JUDGMENT**

Before LOKEN, SHEPHERD and KELLY, Circuit Judges.

The petition for writ of mandamus and the motion for leave to proceed on appeal in forma pauperis are denied as moot. Mandate shall issue forthwith.

October 04, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans