Hey Criminal!

Just wanted to make you aware of the fact that this case is just about ready to go ballistic.  Add to that, your exposure is also just about to go the same way.  See, I don't much care if I win, because really?  I know I won't.  If you ever in life imagined that I'm doing this primarily to win, you couldn't be more wrong.

See, I knew that, if the District and Supreme Courts were going to rule on your side, that the District Federal Court would also be on that side; and, since corruption tends to breed the same, no matter where you are on the ladder, well…it only makes sense that those above the District Court are gonna be the same way.

So here we are, on the appellate level, and I gotta tell ya, I've written what I believe is the single most brilliant brief ever designed by a pro-per litigant.  It's 48 pages, and I haven't even reached the argument section yet.  The District Court Judge really messed up on this one, and I'm damned certain that anyone reading her deciding order will see that without even a second glance.  Stupid judge couldn't even get the dates and hearings right, let alone the participants of those hearings.  She sure didn't cover any relevant violations of our rights; I mean c'mon…she fairly danced over every single one.  This one is for the books; no question there…but then, so is this brief.  This one is gonna blow you…and them, sky high.  And better yet, should the appellate court rule AGAIN in your favor, well…know this:  I'm going to guarantee you that more eyes are going to be on this case than any other case in the history of the 8th circuit by the time a decision is made there…as well as directly on you and your criminal cohorts.  This case is going to be a landmark case, Johnny boy.  Not because it involves any kind of important decision, and not because it's going to be used in case law all over the country; which I wouldn't rule out ENTIRELY by any means…anything is possible, right?  No, this case is going to be the most viewed case in America, and all that, of course, is going to be at my hand.

Remember the DCFS debacle?  What am I saying…of COURSE you do.  Why wouldn't you, since it was the only reason the Munson case ever happened….add that to the fact that it was YOU who fabricated the entire case; that case that cost me a year of my life in prison…and you can bet that little stunt of yours is really gonna cost you.  Oh, by the way…that little emailing to those workers?  Is a grain of sand compared to what I'm about to do.

I have just acquired a rather unique email program; and I'm almost afraid to take it out of the box, I'm so damned excited about it.  It not only tracks emails, like my current one; but it also creates a mailing list by scouring each and every website I choose to visit and almost literally sucking out every email address that's on it; saving me the trouble of having to look at countless pages on every site for those addresses.  That means that I can, say, go to your website and press the button and I'll have every email address on it and associated with it in seconds.  Can you just imagine the list I can compile from such a program?  Even in just in a couple of hours?  Oh, you can bet I'm going to put this baby to good use, that's a fer sher.  By the time I'm finished, in only a few days, I'll have half the country ogling this case, and looking directly at you as well.  This is going to be stellar.  Well anyway, I have a bit more tweaking to do on the brief; and you can bet it will be going in, on time, no problem at all.  I started on that puppy the minute the approval to proceed letter hit the box.

I would really like to extend my sincere apologies for putting you fine upstanding officials through all this trouble…but I have no intention of letting you get away with this nonsense any more than you already have.  The packet for Trump and the NATIONAL Judicial oversight committee is packed up and ready for takeoff…and if all else fails, my criminal nemesis, well, I really would NOT want to be in your shoes when it finally lands where it belongs.  Oh, and rest very assured knowing that, before the election, there will be quite a majority in Polk County's populace that will know more about you and what you do in your spare time than you know you and what you do.

Enjoy your last days as a county attorney, Johnny….'cause I'm not finished with you, not by a very long shot.

P.S. - I wouldn't be pulling any funny business either, m'friend.  You see, I'm not only forwarding this to every...single...attorney involved, I am posting it on facebook, putting it up on the blog...oh, and you're gonna love this; I'm even gonna put it on the record of the court...of both the Federal District Court...and the appellate court.  Your days are numbered, Sarcone.  This is NOT gonna be one of your better terms in "office"